# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITEDSTATES OF AMERICA, | ) | No. 21-CR-3055 |
| | ) | |
| Plaintiffs, | ) | **ORDER TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| vs. | ) | |
| | ) | **DATE: 5/6/22** |
| GISELLE SOTO, | ) | **TIME: 9:00 AM.** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Sentencing Hearing presently set for MAY 6, 2022 at 9:00 AM. be continued to JUNE 17, 2022 at 10:30 AM.

IT IS SO ORDERED.

Dated: April 29, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge